FILED
10/2/19 1:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JEFFREY A. ENGLISH | : | Case No. 17-22645TPA |
| DENISE A. ENGLISH | : | Chapter 13 |
| *Debtor* | : | |
| | : | Hearing: October 23, 2019 at 11:00 A.M. |

### ORDER

AND NOW, this *2nd* day of *October, 2019,* It is hereby **ORDERED, ADJUDGED and DECREED** that a *contested hearing* on the plan dated *February 28, 2018* and to consider dismissal of the case is scheduled for *October 23, 2019* at *11:00 A.M.* the in Courtroom C. 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania. Debtors, Jeffrey A. English and Denise A. English *shall personally appear.*

_____
Thomas P. Agresti, Judge    ljm
United States Bankruptcy Court

Case Administrator to Serve:
    Debtors
    Ronda Winnecour, Ch 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-22645-TPA
Jeffrey Alan English                                                  Chapter 13
Denise Ann English
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2              User: culy              Page 1 of 2              Date Rcvd: Oct 02, 2019
                                  Form ID: pdf900         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2019.
db/jdb         +Jeffrey Alan English,   Denise Ann English,    7574 Franklin Road,
                 Cranberry twp, PA 16066-2731
cr            ++ASCENDIUM EDUCATION SOLUTIONS INC,    2501 INTERNATIONAL LANE,    MADISON WI 53704-3180
               (address filed with court:   GLHEC & Affiliates: GLHEGC, NELA, USAF,    PO Box 8961,
                 Madison, WI   53708)
cr             +Nationstar Mortgage LLC, et al,   8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
cr             +U.S. BANK NATIONAL ASSOCIATION,   Robertson, Anschutz & Schneid, P.L,,    6409 Congress Ave.,,
                 Suite 100,   Boca Raton, FL 33487,   UNITED STATES 33487-2853
14917767        GLHEC & Aff: GLHEGC, NELA, USAF,   PO Box 8961,    Madison WI 53708-8961
14653435       +Honda Power Equipment,   PO Box 14517,    Des Moines, IA 50306-3517
14653436       +Kubota Credit Corp,   PO Box 2313,    Carol Stream, IL 60132-2313
14673752       +Kubota Credit Corporation,   PO Box 9013,    Addison, Texas 75001-9013
14653437       +Louis DePaul,   Eckert Seamans,   600 Grant Street,    Pittsburgh, PA 15219-2788
14653438      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage,    PO Box 619096,    Dallas, TX 75261)
14694777       +Nationstar Mortgage LLC,   Attn: Bankruptcy Dept.,    PO Box 619094,    Dallas, TX 75261-9094
14677911        Navient Solutions, LLC. on behalf of,    United Student Aid Funds, Inc.,
                 Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
14653440       +Santanander Consumer USA,   PO Box 660633,    Dallas, TX 75266-0633
14692197       +Santander Consumer USA, Inc.,   P.O. Box 560284,    Dallas, TX 75356-0284
14653441       +State Collection Service,   PO Box 6250,    Madison, WI 53716-0250
14804532        United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
14703926        Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Oct 03 2019 02:57:16
                 GLHEC & Affiliates: GLHEGC, NELA, USAF,   PO Box 8961,    Madison, WI   53708
14917767        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Oct 03 2019 02:57:16
                 GLHEC & Aff: GLHEGC, NELA, USAF,   PO Box 8961,    Madison WI 53708-8961
14712004        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 03 2019 03:05:35
                 LVNV Funding, LLC its successors and assigns as,    assignee of CR Evergreen, LLC,
                 Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
14732530        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 03 2019 03:05:35
                 LVNV Funding, LLC its successors and assigns as,    assignee of Roundup Funding L.L.C.,
                 Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
14710616        E-mail/PDF: pa_dc_claims@navient.com Oct 03 2019 02:54:28      Navient CFC c/o,
                 Navient Solutions, LLC.,   PO BOX 9640,    Wilkes-Barre, PA 18773-9640
14653439        E-mail/PDF: pa_dc_claims@navient.com Oct 03 2019 02:54:03      Navient Solutions,   PO Box 13611,
                 Philadelphia, PA 19101
14652740       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2019 03:16:39
                 PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
14655574        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 03 2019 02:57:45
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
14804532        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Oct 03 2019 02:57:16
                 United Student Aid Funds, Inc (USAF),   PO Box 8961,    Madison WI 53708-8961
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association, as Trustee for SPE
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: culy                  Page 2 of 2           Date Rcvd: Oct 02, 2019
                              Form ID: pdf900             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2019 at the address(es) listed below:
```
              James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES,
               SERIES 2006-BC5 bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Caroff    on behalf of Joint Debtor Denise Ann English pcaroff2@hotmail.com
              Peter J. Caroff    on behalf of Debtor Jeffrey Alan English pcaroff2@hotmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sindi  Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com
                                                                                             TOTAL: 7
```