FILED
10/24/19 12:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 17-22645-TPA |
| | : | |
| Jeffrey Alan English | : | Chapter: 13 |
| Denise Ann English | : | |
|    *Debtor(s).* | : | |
| | : | Date: 10/23/2019 |
| | : | Time: 11:00 |

## PROCEEDING MEMO

**MATTER:**  #49 Contested Amended Plan dated 2/28/2018
*(Debtors to personally appear)*

**APPEARANCES:**

Debtor:   Brian Keenan + Debtors
Trustee:  Ronda Winnecour

**NOTES:**

Winnecour:  Were waiting for Loss Mitigation to conclude.

DiSimone:

Keenan:  Decided to list real estate for sale. Funds would be available to pay unsecured claims at 100%. Explained property must be priced to sell. Motion to appoint realtor to be filed.

Debtor Husband:  Yes, we understand.

**OUTCOME:**  On or before 21 days, motion to appoint realtor to be filed.
Continued to 2/5/20 at 10:30am, realtor to appear

*/s/ Ronda Winnecour*

jlm