JE  DAE
Seller(s) Initials

 **West Penn Multi-List™**

**PAGE 1**

## Standard Exclusive Listing Contract

\* __(724) 776-9210__
Fax # Listing Office With Area Code

Assigned Listing #
Revised 4/2017

1. LISTING OFFICE __Berkshire Hathaway Home Services__  OFFICE ID# __15143__  PHONE __(724) 776-3686__
   INCLUDE AREA CODE
2. OFFICE ADDRESS __20206 Route 19__       __Cranberry Township__  __PA__  __16066__
   CITY                 STATE  ZIP
3. OWNER(S) NAME(S) __Jeff English, Denise A English__

   OWNER(S) MAILING ADDRESS __7574 Franklin Rd.__      __Cranberry Township__  __PA__  __16066-2731__
   CITY                 STATE  ZIP

   PHONE# __(724)316-9674__  FAX# _____  EMAIL __petsitterpa@yahoo.com__

4. OWNER gives permission for Broker to send information about this transaction to the fax number(s) and/or e-mail address(es) listed herein.

5. EXCLUSIVE RIGHT TO SELL — In consideration of Broker's agreement to list and to use Broker's effort to find
6. a purchaser for the property described below and to submit this listing to all subscribers of the West Penn Multi-
7. List, Inc., the undersigned OWNER hereby gives Broker and all subscribers of the West Penn Multi-List, Inc.,
8. the SOLE AND EXCLUSIVE RIGHT TO SELL the following described property (the "Property") on the terms
9. and conditions herein set forth:

10. PROPERTY ADDRESS __7574 Franklin Rd__    CITY, STATE, ZIP __Cranberry Township, PA  16066__
11. HAVING ERECTED THEREON __single family home__    MUNICIPALITY/COUNTY __Butler__
12. DEED BOOK VOL. __200610040025589__    ZONING CLASSIFICATION # __Residential__
13. IDENTIFICATION NUMBER (TAX NUMBER, PARCEL NUMBER, LOT & BLOCK NUMBER) __130 4F48 30A 0000__

14. PURPOSE OF THIS CONTRACT — Owner is contracting with Broker to market the property for the purpose of
15. finding a Buyer. Owner allows Broker to use print and/or electronic advertising. Broker is acting solely in the
16. capacity as described in the Consumer Notice.

17. SERVICES TO OWNER — Broker may provide services to an Owner for which Broker may accept a fee. Such
18. services may include, but are not limited to: listing fees; deed/document preparation; ordering certifications
19. required for closing; financial services; title transfer and preparation services; ordering insurance; and
20. construction, repair or inspection services. Broker will disclose to Owner if any fees are to be paid by the Owner.

21. AGENCY — Owner understands that this property may be shown to prospective buyers (a) by subagents of the
22. listing Broker; (b) by Brokers who solely represent the Buyer (Buyer-Agents); or (c) by Brokers who do not
23. represent either Owner or Buyer (Transactional Licensees). Owner authorizes the Listing Broker to share
24. information and fully cooperate with subagents of the Listing Broker, with Buyer-Agents and with Transactional
25. Licensees. Owner further authorizes Listing Broker to offer compensation to subagents, Buyer-Agents and
26. Transactional Licensees including the sharing of part of Listing Broker's commission.

27. COOPERATION WITH OTHER BROKERS — Licensee(s) has explained Broker's company policies about
28. cooperating with other brokers. Broker and Seller agree that Broker will pay **from Broker's fee** a fee to another
29. Broker who procures the Buyer, is a member of a Multiple Listing Service (MLS), and who:

30. A. **Represents the Seller (SUBAGENT).** Broker will pay _____ of/from the sale
31.    price.
32. B. **Represents the Buyer (BUYER'S AGENT).** Broker will pay _____ __2.500__ _____ of/from the
33.    sale price. **A buyer's Agent, even if compensated by Broker for Seller, will represent the interests**
34.    **of the Buyer.**
35. C. Does not represent either Seller or Buyer (TRANSACTION LICENSEE). Broker will
36.    pay _____ of/from the sale price.

37. DUAL AGENCY — During the term of this Listing Contract, Listing Broker may enter into an Agreement to act
38. as an agent for a prospective Buyer (Buyer-Agency Agreement). Owner understands that Owner's property may
39. be shown by agents of Listing Broker pursuant to such Buyer-Agency Agreement. The simultaneous

__JE__  __DAE__
Seller(s) Initials



**PAGE 2**

(724) 776-9210
Fax # Listing Office With Area Code

Assigned Listing #
Revised 4/2017

### Standard Exclusive Listing Contract

40. representation of both the Owner and prospective Buyer is called "dual agency." Owner hereby consents to
41. Listing Broker acting in such dual agency relationship, provided that Listing Broker specifically advises Owner,
42. in writing, of this dual agency relationship. Broker may, with the written consent of Owner, designate one or more
43. licensees employed by Broker to serve as the designated agent of the Owner to the exclusion of all other
44. licensees employed by Broker.
45. LISTING PRICE – THE LISTING PRICE FOR THE PROPERTY SHALL BE $ __779,000.00__.
    MANDATORY
46. The OWNER may reduce the listing price at any time. The listing price shall include Broker's commission and
47. the OWNER agrees to pay one-half (1/2) of all required real estate transfer taxes.
48. TIME PERIOD OF LISTING – THE TIME PERIOD (TERM) OF THIS LISTING CONTRACT HAS BEEN
49. DETERMINED SOLELY AS THE RESULT OF NEGOTIATIONS BETWEEN THE BROKER AND OWNER,
50. AND NO OTHER PARTY HAS ESTABLISHED OR RECOMMENDED THE TERM OF THIS CONTRACT.
51. This exclusive right-to-sell agreement shall be effective for a period of one (1) year commencing on
52. __November 11, 2019__ (commencement date) and shall automatically terminate at 11:59 pm one (1)
53. year later on __November 10, 2020__ (termination date). By law, the term of a Listing Contract may
54. not exceed one (1) year. If the termination date written in this Listing Contract creates a term that is longer that
55. one (1) year, the ending date is limited to a period that does not exceed one (1) year. This Agreement also may
56. be terminated at any time after __180__ days (early termination date) have elapsed from the commencement
57. date of this Agreement by Owner or Broker providing ten (10) days' notice of the intent to terminate by
58. CERTIFIED MAIL with return receipt. Notice of early termination may be provided at any time after the
59. commencement date. However, the early termination shall only become effective upon satisfaction of the ten
60. (10) day notice period and on or after the date the parties selected as the early termination date. If the parties
61. do not insert a defined date as the early termination date, the term of this Agreement is conclusively established
62. to be for a period of 365 days from the commencement date. After the termination of this agreement or any
63. extension thereof, the Broker's authority shall continue as to any outstanding offers pending at the time of
64. such termination. Unless the OWNER subsequently enters into a Standard Exclusive Listing Contract with
65. another Subscriber of West Penn Multi-List, Inc. after the termination becomes effective, if within six (6)
66. months of such termination, the OWNER enters into an Agreement of Sale or transfers or exchanges the
67. property with any person to whom the property was shown, presented or submitted by the Broker, the OWNER
68. or any subsequent Broker of the West Penn Multi-List, Inc., during the term of this Agreement, the sale shall
69. be conclusively presumed to have been made by the Broker, and the commission shall be paid by the OWNER.
70. COMPENSATION – The amount of compensation for the sale, lease or management of real estate is
71. negotiable. The compensation for professional services under this contract has been determined as a result
72. of negotiations between the Broker and Owner. Neither the West Penn Multi-List, Inc. nor the Board of
73. Realtors have set or recommended the Broker's Compensation. Broker's Compensation is
74. $ __5 percent__ , paid by the Owner. Owner authorizes
75. the Settlement Officer to pay the compensation from the settlement proceeds. The following
76. provisions apply to the payment of the Broker's Compensation:
77. **A. Owner will pay Broker's Compensation if Property, or any ownership interest in it, is sold or exchanged**
78. **during the term of this Contract by Broker, Broker's salesperson, Owner, or by any other person or broker,**
79. **at the listed price or any price acceptable to Owner.**
80. B. Owner will pay Broker's Compensation if a ready, willing, and able Buyer is found by Broker or anyone,
81. including Owner. A willing Buyer is one who will pay the listed price or more for the Property, or one who has
82. submitted an offer accepted by Owner.
83. C. Owner will pay Broker's Compensation if negotiations that are pending at the ending date of this
84. Contract result in a sale.
85. D. In the event that the Owner enters into an option agreement with a Buyer during the term of this
86. Contract, Owner will be obligated to pay the Broker's Compensation upon the exercise of the option.

JE  DAE
Seller(s) Initials



**PAGE 3**

**Standard Exclusive Listing Contract**

* __(724) 776-9210__
Fax # Listing Office With Area Code

Assigned Listing #
Revised 4/2017

87. E. Owner will pay Broker's Compensation for a sale that occurs after the ending date of this Contract IF:
88. (1) The sale occurs within six months of the ending date, AND
89. (2) The Buyer was shown or negotiated to buy the Property during the term of this Contract, AND
90. (3) The Property is not listed under an "exclusive right to sell contract" with another Broker at the time of the sale.

91. F. If a Buyer signs an agreement of sale then refuses to buy the Property, or if a Buyer is unable to buy
92. the Property because of failing to do all the things required of the Buyer in the agreement of sale (Buyer
93. default), Owner will pay Broker _____0_____ of/from Buyer's deposit
94. monies, OR the **Broker's Compensation** described herein, whichever is less.

95. G. If the Property or any part of it is taken for public use (Eminent Domain), Owner will pay Broker's
96. Compensation from any money paid as a result of the taking by Eminent Domain.

97. H. If a sale occurs, Broker's Compensation will be paid upon delivery of the deed or other evidence of
98. transfer of title or interest. If the Property is transferred by an installment contract, Broker's Compensation
99. will be paid upon the execution of the installment contract.

100. DEPOSIT MONEY – Broker, or any person Owner and Buyer name in the Agreement of Sale, will keep all deposit
101. monies paid by or for the buyer in an escrow account. If held by Broker, this escrow account will be held as required
102. by real estate licensing laws and regulations. Owner agrees that the person keeping the deposit monies may wait to
103. deposit any uncashed check that is received as deposit money until Owner has accepted an offer.

104. CONFLICT OF INTEREST – A *conflict of interest* is when Broker or Licensee has a financial or personal interest
105. whereby Broker or Licensee cannot put Owner's interests before any other. If the Broker, or any of Broker's
106. salespeople, has a *conflict of interest,* Broker will notify Owner in a timely manner.

107. TITLE, POSSESSION AND SUBSEQUENT OFFERS – The undersigned represent that they are the sole OWNERS
108. of this listed property and agree to convey the property to the purchaser by general warranty deed, clear of all liens
109. and encumbrances except easements, restrictions and reservations as set forth in instruments of record. Title shall
110. be good and marketable and as such will be insurable by any responsible title insurance company at regular rates.
111. Possession of the property is to be given to purchaser upon delivery of the deed, broom clean and free of debris.
112. After Owner accepts an offer, Broker shall not be obligated to continue to submit offers on the property unless a
113. subsequent offer is contingent upon the termination of an existing contract.

114. SIGN, KEY, AND LOCK BOX – The OWNER grants unto Broker the right to post "for sale" signs upon the property.
115. If a key to the premises is given to the Broker and/or a lock box is placed on the premises, it is understood and agreed
116. that the OWNER retains responsibility for the entire care, maintenance and control of the premises during the term
117. of this contract. The OWNER agrees that none of the subscribers of the West Penn Multi-List, Inc. or their agents
118. shall be responsible for any damage to the property or any loss or theft of personal goods from the property unless
119. it can be shown that such damage, loss or theft was directly committed by them.

120. RELEASE OF INFORMATION – OWNER grants to West Penn Multi-List, Inc., the unconditional right to use, release
121. and disseminate to the public any information contained in any West Penn form which OWNER signs.

122. RECOVERY FUND – Pennsylvania has a Real Estate Recovery Fund (the Fund) to repay any person who has
123. received a final court ruling (civil judgment) against a Pennsylvania real estate licensee because of fraud,
124. misrepresentation, or deceit in a real estate transaction. The fund repays persons who have not been able to collect
125. the judgment after trying all lawful ways to do so. For complete details about the Fund, call (717) 783-3658, or (800)
126. 822-2113 (within Pennsylvania) and (717) 783-4854 (outside Pennsylvania).

127. NOTICE TO PERSONS OFFERING TO SELL OR RENT HOUSING IN PENNSYLVANIA – Federal and state laws
128. make it illegal for Owner, Broker, or anyone to use RACE, COLOR, RELIGION or RELIGIOUS CREED, SEX,
129. DISABILITY (physical or mental), FAMILIAL STATUS (children under 18 years of age), AGE (40 or older), NATIONAL
130. ORIGIN, USE OR HANDLING/TRAINING OF SUPPORT OR GUIDE ANIMALS, or the FACT OF RELATIONSHIP
131. OR ASSOCIATION TO AN INDIVIDUAL KNOWN TO HAVE A DISABILITY or any other factor prohibited by State or

JE   DAE
Seller(s) Initials



**PAGE 4**

**Standard Exclusive Listing Contract**

\*   (724) 776-9210
Fax # Listing Office With Area Code

Assigned Listing #
Revised 4/2017

132. Federal law as reasons for refusing to sell, show, or rent properties, loan money, or set deposit amounts, or as
133. reasons for any decision relating to the sale of property.

134. NO OTHER CONTRACTS – Seller will not enter into another listing agreement with another Broker that begins before
135. the Termination Date of this Contract.

136. HEIRS AND ASSIGNS – This contract shall be binding upon the heirs, executors, administrators, successors and
137. assigns of the parties hereto. OWNER acknowledges receipt of one copy of this listing contract, one copy of the
138. Property Disclosure Statement, one copy of the Property input Statement and one copy of the Consumer Notice.

139. INTEGRATION AND ENTIRE CONTRACT – The provisions of this document, the Property Input Statement, the
140. Seller Disclosure Statement and the Consumer Notice shall together form an integrated contract and constitute the
141. entire written agreement between Broker and Seller. Any verbal or written agreements that were made before are not
142. a part of this Contract.

143. BINDING EFFECT – Intending to be legally bound, the parties have hereunto signed their names as of the date
144. specified.

145. INCLUSIONS – It is hereby understood and agreed that the following items are included in the above quoted selling
146. price: **washer, dryer, stove, microwave**
147. 

148. Seller has read and signed the Consumer Notice as adopted by the State Real Estate Commission at 49 Pa. Code
149. §35.336. All Owners must sign this Contract.

150. NOTICE BEFORE SIGNING: IF OWNER HAS LEGAL QUESTIONS, OWNER IS ADVISED TO CONSULT A LAWYER.

151. *JoAnne M. Gehm*  11/11/2019 07:05 PM GMT    *Jeff English*  11/11/2019 06:59 PM GMT
     Witness    Date    Owner Signature (Mandatory)    Date
                        Jeff    English

152. *JoAnne M. Gehm*  11/11/2019 07:05 PM GMT    *Denise A English*  11/11/2019 06:58 PM GMT
     Witness    Date    Owner Signature (Mandatory)    Date
     JoAnne M Gehm            Denise A English

153. _____
     Witness    Date    Owner Signature (Mandatory)    Date

154. RS 296856    *JoAnne M. Gehm*  11/11/2019 07:05 PM GMT
     Agent License #    Date    Listing Agent Signature    Date
                                JoAnne M. Gehm

155. _____
     Designated Agent    Date    Broker/Manager/Agent    Date

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com    7574 Franklin Rd