## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 17-22645-TPA** |
| **Jeffrey Alan English** | ) | **Chapter  13** |
| **Denise Ann English** | ) | **Doc. No. ___** |
| **Debtor** | ) | |
| **Jeffrey Alan English** | ) | **Response Date: December 2, 2019** |
| **Denise Ann English** | ) | **Hearing Date: December 11, 2019** |
| **Movant** | ) | **at 11:00 a.m.** |
| v. | ) | |
| **No Respondent(s)** | ) | |

### CERTIFICATION OF NO OBJECTION REGARDING
### APPLICATON TO EMPLOY SPECIAL COUNSEL

The undersigned hereby certifies, as of the date hereof, no motion, answer or other responsive pleading to the Application filed on **November 12, 2019** has been received. The undersigned further certifies that the Court's docket in the case has been reviewed and no motion, answer or other responsive pleading appears thereon. Pursuant to the Notice of Hearing, a motion or answer to the Application were to be filed and served no later than **December 2, 2019.**

It is hereby respectfully requested that the Order to the Application be entered by the court.

**Executed on: December 3, 2019**         **/s/Bryan P. Keenan**
Bryan  P. Keenan, PA ID No. 89053
Bryan  P. Keenan  & Associates P.C.
Attorney for Debtor
993 Greentree Road, Suite 101
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com