```
                                                                    FILED
                                                                    12/4/19 11:36 am
                                                                    CLERK
              IN THE UNITED STATES BANKRUPTCY COURT                 U.S. BANKRUPTCY
             FOR THE WESTERN DISTRICT OF PENNSYLVANIA               COURT - WDPA
```

IN RE:

| | | |
|---|---|---|
| JEFFREY ALAN ENGLISH | : | Case No. 17-22645-TPA |
| DENISE ANN ENGLISH | : | Chapter 13 |
| *Debtors* | : | |
| | : | |
| JEFFREY ALAN ENGLISH | : | |
| DENISE ANN ENGLISH | : | |
| *Movants* | : | |
| | : | |
| v. | : | Related to Document No. 74 |
| | : | |
| NO RESPONDENT | : | |

### ORDER APPROVING RETENTION OF REALTOR/BROKER

     *AND NOW*, this **4th** day of ***December, 2019,*** upon consideration of the ***Motion to Retain Real Estate Broker***, it is **ORDERED, ADJUDGED and DECREED** as follows:

     (1)    ***JoAnne Gehm, Berkshire Hathaway Home Services, 20206 Route 19, Cranberry Township, PA 16066*** is hereby appointed, as of the date of filing the *Motion*, as **Realtor** for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the *Motion* for the purpose of acting as the Movant's agent in connection with the sale of real estate located at ***7574 Franklin Road, Cranberry Township, PA 16066, Parcel ID 130 4F48 30A 000***. A realtor commission in the amount of ***5%*** on the sale price is tentatively approved or a minimum of $2,500.00, subject to final Court order. ***Movant shall serve the within Order on all interested parties and file a certificate of service.***

     (2)    Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well, including results accomplished, the time and labor reasonably required by the professional to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases. Tentative approval of the commission set forth above is premised on the understanding that the property will be sold at or near the list price as set forth in the *Motion*. Any deviation from the list price will be considered as a factor by the Court in setting final compensation in this matter.

     (3)    Approval of any motion for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates, and is not a preapproval of compensation pursuant to *11 U.S.C. §328(a)*. Final compensation, awarded only after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

     (4)    Notwithstanding anything to the contrary in the letter of engagement or agreement between Movant and the Realtor, this *Order* does not authorize the Realtor to retain or pay any outside counsel or other professional to assist the Realtor in this matter unless such is done at no expense to Movant, directly or indirectly. Any other retention of, and payment to, an outside counsel or other professional is subject to prior approval of the Court.

                                                                                                      */s/ Thomas P. Agresti*

                                                                                               Thomas P. Agresti, Judge      jlm
                                                                                               United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-22645-TPA
Jeffrey Alan English                                                Chapter 13
Denise Ann English
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: nsha              Page 1 of 1              Date Rcvd: Dec 04, 2019
                            Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2019.
db/jdb         +Jeffrey Alan English,   Denise Ann English,   7574 Franklin Road,
                 Cranberry twp, PA 16066-2731
r              +JoAnne Gehm,   20206 Route 19,   Cranberry Township, PA 16066-6112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2019 at the address(es) listed below:
              Bryan P. Keenan    on behalf of Joint Debtor Denise Ann English keenan662@gmail.com,
               melindap662@gmail.com
              Bryan P. Keenan    on behalf of Debtor Jeffrey Alan English keenan662@gmail.com,
               melindap662@gmail.com
              James  Warmbrodt     on behalf of Creditor    U.S. Bank National Association, as Trustee for
               SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES,
               SERIES 2006-BC5 bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Caroff    on behalf of Debtor Jeffrey Alan English pcaroff2@hotmail.com
              Peter J. Caroff    on behalf of Joint Debtor Denise Ann English pcaroff2@hotmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sindi  Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com
                                                                                             TOTAL: 9