**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 17-22645-TPA** |
| **Jeffery Alan English** | ) | **Chapter 13** |
| **Denise Ann English** | ) | **Doc No.** |
| Debtors | ) | |
| **Jeffery Alan English** | ) | **Hearing: 2/5/2020 at 10:30 a.m.** |
| **Denise Ann English** | ) | |
| Movants | ) | |
| vs | ) | |
| No Responsents | ) | |

**CERTIFICATE OF SERVICE
OF RE REAL ESTATE LISTING FOR
PROPERTY LOCATED AT 7574 FRANKLIN ROAD CRANBERRY TOWNSHIP, PA 16066**

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on: **February 3, 2020.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** --
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com
.com,agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
c. Kevin Scott Frankel on behalf of Creditor **Nationstar Mortgage LLC**, et al pabk@logs.com
d. Sindi Mncina on behalf of Creditor **U.S. BANK NATIONAL ASSOCIATION** smncina@rascrane.com
e.James Warmbrodt on behalf of Creditor **U.S. Bank National Association**, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC5 bkgroup@kmllawgroup.com

**Executed on: February 3, 2020.**  **/s/ Bryan P. Keenan**
**Bryan P. Keenan, PA ID No. 89053**
**Bryan P. Keenan & Associates P.C.**
**Attorney for Debtor**
**993 Greentree Road, Suite 101**
**Pittsburgh, PA 15220**
**(412) 922-5116**
**keenan662@gmail.com**