## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Filed 2/6/20 12:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-22645-TPA |
| Jeffrey Alan English | : | Chapter: 13 |
| Denise Ann English | : | |
| *Debtor(s).* | : | Date: 2/5/2020 |
| | : | Time: 10:30 |

### PROCEEDING MEMO

**MATTER:** #49 Cont. Contested Amended Plan dated 2/28/2018
*(Realtor to personally appear)*

**APPEARANCES:**
Debtor: Brian Keenan
Trustee: Owen Katz
Realtor: JoAnne Gehm (no appearance)

**NOTES:**

Keenan: Realtor is away in Mexico. A formal appraisal to be obtained. There is equity in the property. Debt against the property is approx. $300,000. Located in Cranberry Twp.

Katz: Property is scheduled at $300,000, it is obviously worth more. Substantial equity. In favor of Debtor proceeding with sale effort.

**OUTCOME:** (11:11) Motion to appoint appraiser to be filed.
Plan continued to conciliation on 4/23/20 at 1:30pm w/Trustee

*/s/ Renee Quinto*

jlm