FILED
2/27/20 11:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 17-22645-TPA |
| Jeffrey Alan English | ) | Chapter 13 |
| Denise Ann English | ) | Doc. No. __89__ |
|     Debtor | ) | |
| Jeffrey Alan English | ) | |
| Denise Ann English | ) | |
|     Movant | ) | |
|       v. | ) | |
|     No Respondent(s) | ) | |

## CONSENT ORDER APPROVING EMPLOYMENT OF APPRAISER

AND NOW, this ___27th___ day of ___February___, 2020, upon consideration of the Consent Order to *Motion to Employ Appraiser*, it is **ORDERED, ADJUDGED and DECREED** as follows:

(1) **Michelle Czekalski Bradley, *and* Czekalski Real Estate, Inc. Appraisal Services,** is hereby employed to appraise the property located at 7574 Franklin Road, Cranberry Township, PA 16066, Parcel ID 130 4F48 30A 000;

(2) A payment in the amount of $600.00 is approved;

*(3)* To ensure the prompt and timely payment the Debtors shall make a direct payment to Michelle Czekalski Bradley, *and* Czekalski Real Estate, Inc. Appraisal Services no later than 7 days after the appraisal has been completed;

(4) A copy of the Appraisal shall be provided to the Chapter 13 Trustee;

(5) *Movant shall served the within Order on all interested parties and file a certificate of service;*

By the Court

*/s/ Thomas P. Agresti*    jlm

Honorable Thomas P. Agresti
United Stats Bankruptcy Judge

/s/ Owen Katz
Owen Katz, Esquire,
Attorney for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA 15219
(412) 471-5566
E-mail: okatz@chapter13trusteewdpa.com
Attorney for Trustee


/s/ Bryan P. Keenan
Bryan P. Keenan, Esquire
Bryan P. Keenan & Associates, P.C.
993 Greentree Road, Suite 101
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com
Counsel for the Debtor(s)

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jeffrey Alan English  
Denise Ann English  
       Debtors

Case No. 17-22645-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: nsha      Page 1 of 1      Date Rcvd: Feb 27, 2020  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2020.
        +Owen Katz,   US Steel Tower, Ste 3250,   600 Grant Street,   Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2020 at the address(es) listed below:
         Bryan P. Keenan    on behalf of Debtor Jeffrey Alan English keenan662@gmail.com, melindap662@gmail.com  
         Bryan P. Keenan    on behalf of Joint Debtor Denise Ann English keenan662@gmail.com, melindap662@gmail.com  
         James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC5 bkgroup@kmllawgroup.com  
         Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Caroff    on behalf of Debtor Jeffrey Alan English pcaroff2@hotmail.com  
         Peter J. Caroff    on behalf of Joint Debtor Denise Ann English pcaroff2@hotmail.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         Sindi Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com  
                                                                                                     TOTAL: 9