IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JEFFREY ALAN ENGLISH and<br>DENISE ANN ENGLISH,<br><br>    Debtors,<br><br>KUBOTA CREDIT CORPORATION,<br><br>    Movant<br><br>        v.<br><br>JEFFREY ALAN ENGLISH,<br>DENISE ANN ENGLISH and<br>RONDA J. WINNECOUR, Trustee,<br><br>    Respondents. | Bankruptcy No. 17-22645-TPA<br><br>Chapter 13<br><br>Doc. No. |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF KUBOTA CREDIT CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENT(S):

    You are hereby notified that the above Movant seeks an order affecting your rights or property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **Thursday April 2, 2020**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

    You should take this to your lawyer at once.

A hearing will be held on **Wednesday April 29, 2020, at 10:00 a.m.** before Judge Thomas P. Agresti in Courtroom C, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Dated: March 16, 2020

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

Counsel for Kubota Credit Corporation