IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 17-22645-TPA |
| JEFFREY ALAN ENGLISH and DENISE ANN ENGLISH, | Doc. No. |
| Debtors, | |
| KUBOTA CREDIT CORPORATION, | |
| Movant | |
| v. | |
| JEFFREY ALAN ENGLISH, DENISE ANN ENGLISH and RONDA J. WINNECOUR, Trustee, | |
| Respondents. | |

## CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF HEARING

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 16, 2020.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail, electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SERVICE BY FIRST CLASS MAIL

| | |
|---|---|
| Jeffrey Alan English
Denise Ann English
7574 Franklin Road
Cranberry Twp., PA 16066-2731 | Bryan P. Keenan
993 Greentree Road
Suite 101
Pittsburgh, PA 15220 |

| | |
|---|---|
| Ronda J Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 |
| Executed by: March 16, 2020 | Respectfully submitted,<br><br>BERNSTEIN-BURKLEY, P.C.<br><br>By: /s/*Keri P. Ebeck*<br>Keri P. Ebeck, Esq.<br>PA I.D. # 91298<br>kebeck@bernsteinlaw.com<br>707 Grant Street<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219<br>Phone - (412) 456-8112<br>Fax - (412) 456-8135<br><br>Counsel for Kubota Credit Corporation |