**Form RSC Conciliation (Reschedule Conciliation–COVID**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jeffrey Alan English** | : | Case No. 17–22645–TPA |
| **Denise Ann English** | : | |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |

### ORDER RESCHEDULING CHAPTER 13 PLAN CONCILIATION CONFERENCE

*AND NOW,* this ***The 1st of April, 2020***, due to the COVID–19 virus pandemic, the conciliation conference scheduled for April 23, 2020 is ***RESCHEDULED*** to ***6/25/20 at 10:30 AM 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.***

cm: Debtor
    Debtors' Counsel
    Ch 13 Trustee

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jeffrey Alan English  
Denise Ann English  
    Debtors

Case No. 17-22645-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lmar     Page 1 of 1     Date Rcvd: Apr 01, 2020  
                      Form ID: RSCcon2    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2020.  
db/jdb        +Jeffrey Alan English,    Denise Ann English,    7574 Franklin Road,    Cranberry twp, PA 16066-2731

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2020 at the address(es) listed below:

        Bryan P. Keenan    on behalf of Joint Debtor Denise Ann English keenan662@gmail.com, melindap662@gmail.com  
        Bryan P. Keenan    on behalf of Debtor Jeffrey Alan English keenan662@gmail.com, melindap662@gmail.com  
        James Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC5 bkgroup@kmllawgroup.com  
        Keri P. Ebeck    on behalf of Creditor   Kubota Credit Corporation kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
        Kevin Scott Frankel    on behalf of Creditor   Nationstar Mortgage LLC, et al pabk@logs.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Caroff    on behalf of Debtor Jeffrey Alan English pcaroff2@hotmail.com  
        Peter J. Caroff    on behalf of Joint Debtor Denise Ann English pcaroff2@hotmail.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        Sindi Mncina    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com  
                                                          TOTAL: 10