IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JEFFREY ALAN ENGLISH and                    :    Case No. 17-22645-TPA
DENISE ANN ENGLISH,                         :    Chapter 13
     *Debtors.*                              :    Related to Doc. No. 102
                                  :    Hearing: October 14, 2020 at 10:30 A.M.

## ORDER

*AND NOW*, this **24th** day of **September, 2020,** it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

(1)      The Conciliation Conference scheduled for October 8, 2020 at 10:00 A.M. with the Chapter 13 Trustee remains as scheduled.

(2)      A hearing on the **Amended Chapter 13 Plan** (Doc. 102) is scheduled for **October 14, 2020** at **10:30 A.M.** to be held by the **Zoom Video Conference Application.**  The Parties must comply with Judge Agresti's **Amended Notice of Temporary Modification of Appearance Procedures**, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf

(3)      **Initializing Zoom Hearing:**   To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time:   https://www.zoomgov.com/j/16021303488, or alternatively, to attend and use the following Meeting ID: 160 2130 3488.  For questions regarding the connection contact Judge Agresti's Staff Lawyer, Atty. Courtney Helbling, at 814-464-9781.

jlm

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
      Bryan P. Keenan
      Ronda Winnecour, Chapter 13 Trustee
      Debtor