FILED
9/24/20 1:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JEFFREY ALAN ENGLISH and : Case No. 17-22645-TPA
DENISE ANN ENGLISH, : Chapter 13
*Debtors.* : Related to Doc. No. 102
: Hearing: October 14, 2020 at 10:30 A.M.

## ORDER

AND NOW, this **24th** day of ***September, 2020,*** it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

(1) The Conciliation Conference scheduled for October 8, 2020 at 10:00 A.M. with the Chapter 13 Trustee remains as scheduled.

(2) A hearing on the ***Amended Chapter 13 Plan*** (Doc. 102) is scheduled for ***October 14, 2020*** at ***10:30 A.M.*** to be held by the ***Zoom Video Conference Application.*** The Parties must comply with Judge Agresti's ***Amended Notice of Temporary Modification of Appearance Procedures***, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf

(3) ***Initializing Zoom Hearing:*** To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, to attend and use the following Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Staff Lawyer, Atty. Courtney Helbling, at 814-464-9781.

Thomas P. Agresti, Judge
United States Bankruptcy Court

jlm

Case Administrator to serve:
   Bryan P. Keenan
   Ronda Winnecour, Chapter 13 Trustee
   Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jeffrey Alan English  
Denise Ann English  
    Debtors

Case No. 17-22645-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: jmar     Page 1 of 1     Date Rcvd: Sep 24, 2020  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2020.  
db/jdb         +Jeffrey Alan English,    Denise Ann English,    7574 Franklin Road,    Cranberry twp, PA 16066-2731

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2020 at the address(es) listed below:

         Brian Nicholas    on behalf of Creditor    U.S. Bank National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC5 bnicholas@kmllawgroup.com  
         Bryan P. Keenan    on behalf of Joint Debtor Denise Ann English keenan662@gmail.com, melindap662@gmail.com  
         Bryan P. Keenan    on behalf of Debtor Jeffrey Alan English keenan662@gmail.com, melindap662@gmail.com  
         Keri P. Ebeck    on behalf of Creditor    Kubota Credit Corporation kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
         Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Caroff    on behalf of Debtor Jeffrey Alan English pcaroff2@hotmail.com  
         Peter J. Caroff    on behalf of Joint Debtor Denise Ann English pcaroff2@hotmail.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         Sindi Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com  
                                                                                                                      TOTAL: 10