FILED
10/9/20 3:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** JEFFREY ALAN & DENISE ANN ENGLISH
- **Case Number:** 17-22645-TPA    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, OCTOBER 08, 2020 10:00 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 PGH TRUSTEE

**Matter:**

#102 Status Conference on Amended Plan dated 6/16/20  NFC
R / M #: 102 / 0

**Appearances:**

- Debtor: Keenan
- Trustee: Winnecour / Pail / **Katz** / DeSimone
- Creditor: Brian Nicholas for US Bank

**Proceedings:**

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _X_ Contested Hearing: 10/14/20 at 10:30 Am
10. _X_ Other: Trustee requests case be converted to Chapter 7. There has been a too long delay and creditors have been prejudiced.

*Handwritten notes:*
3rd Concil
39 months into case. Debtors have not made a payment since 3/3/20. Plan > 55K in arrears.
Debtors were to sell RE to fund plan. Broker engaged in Nov 2019. No sale to date.
There appears to be equity in RE to pay creditors.