FILED
10/15/20 4:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-22645-TPA |
| | : | | |
| Jeffrey Alan English | : | Chapter: | 13 |
| Denise Ann English | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 10/14/2020 |
| | : | Time: | 10:30 |

### PROCEEDING MEMO

**_MATTER_**        #102 Amended Plan dated 6/16/2020


**_APPEARANCES:_**

>        Debtor: Bryan Keenan
>        Trustee: Ronda Winnecour
>        U.S. Bank:  Brian Nicholas

**NOTES:**

-

Keenan:        Background of matters given.  Property price was reduced significantly.  Offer received but fell through. Listing price is $550,000.  Debtor not able to make plan payments.  Located in Cranberry, 7 acres.  32 showings recently.

Nicolas:        Agree.

Winnecour:        Suggest price be reduced to $535,000.



**_OUTCOME:_**        Valid Motion to Sell to be filed on or before 60 days or case may be converted to Ch. 7.  Chambers to issue Order

asg