IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JEFFREY ALAN ENGLISH and<br>DENISE ANN ENGLISH,<br>*Debtors.* | :<br>:<br>:<br>: | Case No. 17-22645-TPA<br>Chapter 13<br>Related to Doc. No. 102 |

FILED
10/15/20 5:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER

*AND NOW*, this **14th** day of ***October, 2020,*** for the reasons stated at today's hearing on the ***Amended Chapter 13 Plan*** filed on June 16, 2020 (Doc. 102) which relies on the sale of property located in Cranberry Township, Pennsylvania, it is hereby ***ORDERED, ADJUDGED,*** and ***DECREED*** that

(1)    ***On or before December 13, 2020,*** the Debtor shall file a motion for sale of the Cranberry Township property free of any contingencies other than Bankruptcy Court approval.

(2)    In the event the Debtors fail to file the motion for sale as required in Paragraph 1, above, the above-captioned cased will be immediately converted to Chapter 7 without further notice or hearing.

_____    **jlm**
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Bryan P. Keenan
    Brian C. Nicholas
    Ronda Winnecour, Chapter 13 Trustee
    Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22645-TPA |
| Jeffrey Alan English | Chapter 13 |
| Denise Ann English | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jmar | Page 1 of 2 |
| Date Rcvd: Oct 15, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2020:**

**Recip ID      Recipient Name and Address**
db/jdb        + Jeffrey Alan English, Denise Ann English, 7574 Franklin Road, Cranberry twp, PA 16066-2731

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**
jdb          *+               Denise Ann English, 7574 Franklin Road, Cranberry twp, PA 16066-2731

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 17, 2020         Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2020 at the address(es) listed below:

**Name**              **Email Address**

Brian Nicholas
                      on behalf of Creditor U.S. Bank National Association  as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC5 bnicholas@kmllawgroup.com

Bryan P. Keenan
                      on behalf of Joint Debtor Denise Ann English keenan662@gmail.com  melindap662@gmail.com

Bryan P. Keenan
                      on behalf of Debtor Jeffrey Alan English keenan662@gmail.com  melindap662@gmail.com

Keri P. Ebeck
                      on behalf of Creditor Kubota Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

District/off: 0315-2 | User: jmar | Page 2 of 2
Date Rcvd: Oct 15, 2020 | Form ID: pdf900 | Total Noticed: 1

Kevin Scott Frankel
    on behalf of Creditor Nationstar Mortgage LLC  et al pabk@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Caroff
    on behalf of Debtor Jeffrey Alan English pcaroff2@hotmail.com

Peter J. Caroff
    on behalf of Joint Debtor Denise Ann English pcaroff2@hotmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com

TOTAL: 10