Bankruptcy Notice. Case Number: 17-22645-TPA. Debtor: Jeffrey Alan English and Denise Ann English

PAGE 1 OF 2

## Proof of Publication of Notice in Pittsburgh Legal Journal

Bankruptcy Notice

*Commonwealth of Pennsylvania* } SS:
*County of Allegheny,* }

I, Sharon Antill, am an agent of the Pittsburgh Legal Journal. The Pittsburgh Legal Journal is the duly designated legal newspaper for Allegheny County, Pennsylvania and was established on April 23, 1853. It is published by the Allegheny County Bar Association whose mailing address is 400 Koppers Building, 436 Seventh Avenue, Pittsburgh, Allegheny County, Pennsylvania; and the image of the notice appearing to the right is the same as is published in the issue or issues of said legal newspaper on the following date or dates:

**Nov 18, 2020**

I further state that I am the designated agent of the Allegheny County Bar Association, the owner of said legal newspaper, and that I am not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication is true.

Date: November 18, 2020

Notary Public: *[signature] Sharon Antill*

Commonwealth of Pennsylvania - Notary Seal
Sharon Antill, Notary Public
Allegheny County
My commission expires September 23, 2024
Commission number 1377002
Member, Pennsylvania Association of Notaries

Bryan P. Keenan
Bryan P. Keenan & Associates, P.C.
993 Greentree Rd., Ste. 101
Pittsburgh, PA 15220

### Statement of Advertising Cost

| | |
|---|---|
| For publishing the notice or advertisement on the above stated dates... | $772.80 |
| Proof Fees ... | $0.00 |
| Total ... | $772.80 |

**Pittsburgh Legal Journal**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255

PLJ No. 20-04320
**PAID**

---

**Bankruptcy Notice**

In the United States Bankruptcy Court for the Western District of Pennsylvania
In re: Jeffrey Alan English and Denise Ann English, Debtors
Jeffrey Alan English and Denise Ann English, Movants
vs.
U.S. Bank National Association, as Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2006-BC5, Mr. Cooper, County of Butler, Seneca Valley School District, Cranberry Township, Internal Revenue Service, Commonwealth of Pennsylvania Department of Revenue, and Ronda J. Winnecour, Chapter 13 Trustee, Respondents
Bankruptcy No.: 17-22645-TPA
Chapter 13
Response Date: 11/30/2020
Hearing Date: 12/9/2020 at 11:30 a.m.
Notice Of Hearing With Response Deadline On Debtors' Motion To Sell Real Estate Free And Clear Of All Mortgages, Liens And Encumbrances
To the creditors and parties in interest of the above named Debtor:
Notice Is Hereby Given That a Motion for Sale of Real Property Free and Clear of all Mortgages, Liens and Encumbrances has been filed in the above-referenced case by the Debtors/Movants, Jeffrey Alan English and Denise Ann English, for the following property: 7574 Franklin Road, Cranberry Twp., PA 16066 to Buyers Andrew Dennis & Jennifer Perelman with a mailing address of 14 Harvest Drive, Cranberry Township, PA 16066-4736 for $500,000.00 according to the terms set forth in the Motion for Sale. Any offers that exceed $500,000.00 shall be considered a higher/better offer.
You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than November 30, 2020, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and in the general procedures of Judge Bohm as found on her procedures web page at http://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.
You should take this Notice and the Motion to a lawyer at once.
A Zoom Video Conference Hearing will be held on December 9, 2020, at 11:30 a.m. before Thomas P. Agresti via the Zoom Video Conference Application ("Zoom"), at which time higher/better offers will be considered and Objections to the sale will be heard.

Bankruptcy Notice. Case Number: 17-22645-TPA. Debtor: Jeffrey Alan English and Denise Ann English

PAGE 2 OF 2

To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following Meeting ID: 160 2130 3488. For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Helbing, at 814-464-9781. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dates effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Staff Lawyer Courtney Helbing to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date: November 12, 2020

Arrangements for inspection prior to said sale hearing may be made with:

Cindy Harnish, Real Estate Agent, Berkshire Hathaway HomeServices, The Preferred Realty, 20206 Rt. 19, Suite 100, Cranberry Township, PA 16066, cell: 412-638-6957, office: 724-776-3686 x308.

/s/ Bryan P. Keenan, PA ID No. 89053, Bryan P. Kennan & Associates P.C., Attorney for Debtor, 993 Greentree Road, Suite 101, Pittsburgh, PA 15220, 412-922-5116, keenan662@gmail.com

20-04320 Nov 18, 2020

   Bryan Keenan <keenan662@gmail.com>

## EASI Sale Item Receipt
1 message

easi-bksales@pawb.uscourts.gov <easi-bksales@pawb.uscourts.gov>   Wed, Nov 11, 2020 at 2:55 PM
To: keenan662@gmail.com

U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Sale item entered into the EASI System: 11-11-2020

Asset Desc: 7574 Franklin Road Cranberry Twp PA 16066
Sale Date: 12/09/2020
Sale Hearing Date: 12/09/2020
Price: 500,000.00

Your sale item has been recorded as item: 1554.

You may wish to print a copy of this page for your records.

Go to the Sale of Assets search page

## Proof of Publication of Notice in Pittsburgh Post-Gazette

Under Act No 587, Approved May 16, 1929, PL 1784, as last amended by Act No 409 of September 29, 1951

Commonwealth of Pennsylvania, County of Allegheny, ss __K. Flaherty__, being duly sworn, deposes and says that the Pittsburgh Post-Gazette, a newspaper of general circulation published in the City of Pittsburgh, County and Commonwealth aforesaid, was established in 1993 by the merging of the Pittsburgh Post-Gazette and Sun-Telegraph and The Pittsburgh Press and the Pittsburgh Post-Gazette and Sun-Telegraph was established in 1960 and the Pittsburgh Post-Gazette was established in 1927 by the merging of the Pittsburgh Gazette established in 1786 and the Pittsburgh Post, established in 1842, since which date the said Pittsburgh Post-Gazette has been regularly issued in said County and that a copy of said printed notice or publication is attached hereto exactly as the same was printed and published in the __regular__ editions and issues of the said Pittsburgh Post-Gazette a newspaper of general circulation on the following dates, viz:

**19 of November, 2020**

Affiant further deposes that he/she is an agent for the PG Publishing Company, a corporation and publisher of the Pittsburgh Post-Gazette, that, as such agent, affiant is duly authorized to verify the foregoing statement under oath, that affiant is not interested in the subject matter of the afore said notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

_[signature: Flaherty]_
PG Publishing Company

Sworn to and subscribed before me this day of:
November 19, 2020

_[signature: Melanie L. Goodwin]_

Commonwealth of Pennsylvania - Notary Seal
Melanie L. Goodwin, Notary Public
Allegheny County
My commission expires May 12, 2022
Commission number 1255781
Member, Pennsylvania Association of Notaries

**COPY OF NOTICE OR PUBLICATION**

UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA Bankruptcy No. 17-22645-TPA Chapter 13 Doc No. Response Date: 11/30/2020 Hearing Date: 12/9/2020 at 11:30 a.m. In re: Jeffrey Alan English, Denise Ann English, Debtors, Jeffrey Alan English, Denise Ann English, Movants, vs. U.S. Bank National Association, as Trustee For SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC5, MR. COOPER, COUNTY OF BUTLER, SENECA VALLEY SCHOOL DISTRICT, CRANBERRY TOWNSHIP, INTERNAL REVENUE SERVICE, COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE AND RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, Respondents. NOTICE OF HEARING WITH RESPONSE DEADLINE ON DEBTORS' MOTION TO SELL REAL ESTATE FREE AND CLEAR OF ALL MORTGAGES, LIENS AND ENCUMBRANCES To the creditors and parties in interest of the above named Debtor: NOTICE IS HEREBY GIVEN THAT a Motion for Sale of Real Property Free and Clear of all Mortgages, Liens and Encumbrances has been filed in the above-referenced case by the Debtors/Movants, Jeffrey Alan English and Denise Ann English, for the following property: 7574 Franklin Road Cranberry Twp PA 16066 to BUYERS Andrew Dennis & Jennifer Perelman with a mailing address of 14 Harvest Drive Cranberry Township, PA 16066-4736 for $500,000.00 according to the terms set forth in the Motion for Sale. Any offers that exceed $500,000.00 shall be considered a higher/better offer. You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than November 30, 2020, i.e., seventeen (17) days after the date of service below, in

**STATEMENT OF ADVERTISING COSTS**
Bryan P Keenan & Associates PC
993 GREENTREE RD STE 101
Pittsburgh    PA 15220-3241

To PG Publishing Company

Total -------------------------------------------- $1,131.00

## Publisher's Receipt for Advertising Costs

PG PUBLISHING COMPANY, publisher of the Pittsburgh Post-Gazette, a newspaper of general circulation, hereby acknowledges receipt of the aforsaid advertising and publication costs and certifies that the same have been fully paid.

Office
2201 Sweeney Drive
CLINTON, PA 15026
Phone 412-263-1338

PG Publishing Company, a Corporation, Publisher of
Pittsburgh Post-Gazette, a Newspaper of General Circulation

By _____

I hereby certify that the foregoing is the original Proof of Publication and receipt for the Advertising costs in the subject matter of said notice.

_____
Attorney For

this Court, and in the general procedures of Judge Bohm as found on her procedures web page at http://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A Zoom Video Conference Hearing will be held on December 9, 2020, at 11:30 a.m. before Thomas P. Agresti via the Zoom Video Conference Application ("Zoom"), at which time higher/better offers will be considered and Objections to the sale will be heard.

To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time:
https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following Meeting ID: 160 2130 3488. For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Helbing, at 814-464-9781. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dates effective June 10, 2020, which can be founded on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Staff Lawyer Courtney Helbing to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date: November 12, 2020
/s/ Bryan P. Keenan
Bryan P. Keenan, PA ID No. 89053
Bryan P. Keenan & Associates P.C. Attorney for Debtor
993 Greentree Road, Suite 101 Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com

Arrangements for inspection prior to said sale hearing may be made with:
Cindy Harnish, Real Estate Agent Berkshire Hathaway HomeServices The Preferred Realty
20206 Rt. 19, Suite 100
Cranberry Twp, PA 16066
CELL: 412-638-6957
OFFICE: 724-776-3686 x308