FILED
12/10/20 2:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-22645-TPA |
| | : | | |
| Jeffrey Alan English | : | Chapter: | 13 |
| Denise Ann English | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 12/9/2020 |
| | : | Time: | 11:30 |

## PROCEEDING MEMO

**MATTER**        #114 Motion to Sell Property
              #119 Resp. by Nationstar Mortgage LLC
              ***(Sale posted on EASI on 11/11/2020)***

**APPEARANCES:**

              Debtor:         Brian Keenan
              Trustee:        Ronda J. Winnecour
              Nationstar Mortgage:  (Kristen Little) Mark Pecarchik

**NOTES:**

Keenan:        Background of matters given.  Amended Plan will be filed.

Pecarchik:     No objection so long as we are paid in full.

Winnercour:    $6,185.17 is Trustee fees.

**OUTCOME:**     GRANTED / MOE

jlm