**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/28/2021

| | |
|---|---|
| IN RE: | |
| JEFFREY ALAN ENGLISH<br>DENISE ANN ENGLISH<br>7574 FRANKLIN ROAD<br>CRANBERRY TWP, PA  16066<br>XXX-XX-3181         Debtor(s)<br>XXX-XX-7110 | Case No. 17-22645 TPA<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com  

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/28/2021

/s/Trustee'sAdministrativAssistant  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com  

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DICKS SPORTING GOODS/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 3625 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 216.70<br>COMMENT: CL1GOV*NT/SCH-PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3181 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 21.50<br>COMMENT: NT/SCH*2016 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3181 |
| **ROBERTSON ANSCHUTZ & SCHNEID PL**<br>BANKRUPTCY DEPARTMENT<br>6409 CONGRESS AVE STE 100<br>BOCA RATON, FL  33487 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: US BANK NATL ASSOC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KUBOTA CREDIT CORP (USA)**<br>POB 2313<br>CAROL STREAM, IL  60132-2313 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:2-2<br>CLAIM: 0.00<br>COMMENT: RS/OE*AMD CL=$0*W/21*DK | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0977 |
| **US BANK NA - TRUSTEE**<br>C/O NATIONSTAR MORTGAGE LLC*<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 58,877.89<br>COMMENT: CL5GOV W/PMT CHANGES*DKT4PMT-LMT*BGN 7/17 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6368 |
| **SANTANDER CONSUMER USA****<br>PO BOX 560284<br>DALLAS, TX  75356 | Trustee Claim Number:7   INT %: 3.50%<br>Court Claim Number:4<br>CLAIM: 13,314.59<br>COMMENT: $CL4GOV@TERMS/PL*PMT/CONF*$CL-PL@3.5%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3740 |
| **ECKERT SEAMANS ET AL**<br>600 GRANT ST 44TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **WELLS FARGO FINANCIAL NATIONAL BANK**<br>C/O WELLS FARGO BANK NA<br>PO BOX 14487<br>DES MOINES, IA  50309 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 74.29<br>COMMENT: 612898654*X4705~HONDA PWR EQIP~NO$/SCH*SURR/PAP @13 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8654 |
| **GLHEC & AFFILIATES: GLHEGC NELA USAF**<br>PO BOX 809142<br>CHICAGO, IL  60680 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:3-3<br>CLAIM: 37,529.63<br>COMMENT: NO$/SCH*AMD*FR NAVIENT/USAF*DOC 56,60 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3181 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **US BANK NA - TRUSTEE**<br>C/O NATIONSTAR MORTGAGE LLC*<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 0.00<br>COMMENT: CL5GOV*$/CL-PL*THRU 6/17*SOLD | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6368 |
| **WELLS FARGO FINANCIAL NATIONAL BANK**<br>C/O WELLS FARGO BANK NA<br>PO BOX 14487<br>DES MOINES, IA 50309 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 618.59<br>COMMENT: 612898654*CL6GOV@PRORATA/CONF*NO SEC/SCH-PL*W/9*SURR/PAP | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 8654 |
| **NAVIENT CFC**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 11,918.19<br>COMMENT: SCH @ 10 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3181 |
| **NAVIENT CFC**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 1,802.85<br>COMMENT: SCH @ 10 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3191 |
| **NAVIENT CFC**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 11,109.10<br>COMMENT: SCH @ 10 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3181 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 1,340.42<br>COMMENT: NT/SCH*CR EVERGREEN/GECAP*STALE~emailed cred | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4129 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 761.59<br>COMMENT: NT/SCH*ROUNDUP/WFNNB*NT STALE~PRIOR DM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0083 |
| **UNITED STUDENT AID FUNDS INC (USAF)**<br>C/O GREAT LAKES HIGHER EDU GUAR CORP<br>PO BOX 809142<br>CHICAGO, IL 60680 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 3-2<br>CLAIM: 0.00<br>COMMENT: W/10*IMPROPER AMD CL REPL BY ORIGINAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3181 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NATIONSTAR~US BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **KUBOTA CREDIT CORP (USA)** | Trustee Claim Number:21  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 2313 | Court Claim Number:2-2 | ACCOUNT NO.: 0977 |
| | CLAIM: 13,865.05 | |
| CAROL STREAM, IL 60132-2313 | COMMENT: DEFICIENCY*AMD*W/5 | |
| | | |
| **RONDA J WINNECOUR PA ID #30399**\*\* | Trustee Claim Number:22  INT %: 0.00% | CRED DESC: FEES ON DIRECT PAYMENTS |
| ATTN DIRECT FEES CLERK | Court Claim Number: | ACCOUNT NO.: $/OE |
| US STEEL TWR STE 3250 | | |
| 600 GRANT ST | CLAIM: 6,185.17 | |
| PITTSBURGH, PA 15219 | COMMENT: SEE DKT FOR DETAILS | |

Case 17-22645-TPA    Doc 125    Filed 01/28/21    Entered 01/28/21 13:10:42    Desc
Page 5 of 5