IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 17-22645-TPA |
| **Jeffrey Alan English** | ) | Chapter 13 |
| **Denise Ann English** | ) | Doc No. |
| Debtors | ) | |
| **Jeffrey Alan English** | ) | |
| **Denise Ann English** | ) | |
| Movants | ) | |
| vs | ) | |
| Respondent | ) | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On June 27, 2022 at document number 135 and June 28, 2022 at docket number 137, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: **June 28, 2022**         /s/Bryan P. Keenan
**Bryan P. Keenan, PA ID # 89053**
**Bryan P. Keenan & Associates, P.C.**
**Attorneys for Debtor**
**993 Greentree Road, Suite 101**
**Pittsburgh, PA 15220**
**(412)-922-5116**
**keenan662@gmail.com**