IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JEFFREY ALAN ENGLISH
DENISE ANN ENGLISH
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-22645 JAD

Chapter 13

Related to ECF No. 140

**DEFAULT O/E JAD**

FILED
10/12/22 10:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this 12th day of October, 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE
COURT:

JEFFREY A. DELLER  jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22645-JAD |
| Jeffrey Alan English | Chapter 13 |
| Denise Ann English | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 12, 2022 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Alan English, Denise Ann English, 665 Big Knob Road, Rochester, PA 15074-2619 |
| r | + | JoAnne Gehm, 20206 Route 19, Cranberry Township, PA 16066-6112 |
| r | + | Michelle Czekalski Bradley, Czekalski Real Estate, Inc., 7574 Franklin Road, Cranberry Township, PA 16066-2731 |
| 14653435 | + | Honda Power Equipment, PO Box 14517, Des Moines, IA 50306-3517 |
| 14653436 | + | Kubota Credit Corp, PO Box 2313, Carol Stream, IL 60132-2313 |
| 14653437 | + | Louis DePaul, Eckert Seamans, 600 Grant Street, Pittsburgh, PA 15219-2788 |
| 14677911 | | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 14703926 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Oct 13 2022 00:55:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison, WI 53708 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 13 2022 00:56:00 | Nationstar Mortgage LLC, et al, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 13 2022 00:56:00 | U.S. BANK NATIONAL ASSOCIATION, Robertson, Anschutz & Schneid, P.L,, 6409 Congress Ave.,, Suite 100, Boca Raton, FL 33487, UNITED STATES 33487-2853 |
| 14804532 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Oct 13 2022 00:55:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 14917767 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Oct 13 2022 00:55:00 | GLHEC & Aff: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 14673752 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | Oct 13 2022 00:56:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14732530 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2022 00:58:28 | LVNV Funding, LLC its successors and assigns as, assignee of Roundup Funding L.L.C., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14712004 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2022 00:58:34 | LVNV Funding, LLC its successors and assigns as, assignee of CR Evergreen, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14653438 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 13 2022 00:56:00 | Nationstar Mortgage, PO Box 619096, Dallas, TX 75261 |
| 14694777 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 13 2022 00:56:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619094, Dallas, TX 75261-9094 |
| 14710616 | | Email/PDF: pa_dc_claims@navient.com | Oct 13 2022 00:58:26 | Navient CFC c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: pdf900 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| 14653439 | | Email/PDF: pa_dc_claims@navient.com | Oct 13 2022 00:58:26 | Navient Solutions, PO Box 13611, Philadelphia, PA 19101 |
| 14652740 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 13 2022 00:58:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14655574 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2022 00:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14653441 | | Email/Text: amieg@stcol.com | Oct 13 2022 00:56:00 | State Collection Service, PO Box 6250, Madison, WI 53716 |
| 14653440 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 13 2022 00:56:00 | Santanander Consumer USA, PO Box 660633, Dallas, TX 75266-0633 |
| 14692197 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 13 2022 00:56:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14703926 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 13 2022 00:58:32 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Kubota Credit Corporation |
| cr | | U.S. Bank National Association, as Trustee for SPE |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15250903 | *+ | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2022                Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC5 bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Jeffrey Alan English keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Bryan P. Keenan | on behalf of Joint Debtor Denise Ann English keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Oct 12, 2022 | Form ID: pdf900 | Total Noticed: 25 |

Keri P. Ebeck
    on behalf of Creditor Kubota Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kevin Scott Frankel
    on behalf of Creditor Nationstar Mortgage LLC  et al pabk@logs.com, logsecf@logs.com

Kristen D. Little
    on behalf of Creditor Nationstar Mortgage LLC  et al kdlittleecf@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Caroff
    on behalf of Joint Debtor Denise Ann English pcaroff2@hotmail.com

Peter J. Caroff
    on behalf of Debtor Jeffrey Alan English pcaroff2@hotmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com

TOTAL: 11