**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JEFFREY ALAN ENGLISH<br>DENISE ANN ENGLISH<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Repondents. | Case No.:17-22645 JAD<br><br><br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 06/29/2017  and confirmed on 10/12/2017 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 139,692.74 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 139,692.74 |
| | | |
| Administrative Fees | | |
| 　　Filing Fee | 0.00 | |
| 　　Notice Fee | 0.00 | |
| 　　Attorney Fee | 2,463.71 | |
| 　　Trustee Fee | 6,750.15 | |
| 　　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,213.86 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - TRUSTEE | 58,877.89 | 58,877.89 | 0.00 | 58,877.89 |
| 　　Acct: 6368 | | | | |
| US BANK NA - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 6368 | | | | |
| KUBOTA CREDIT CORP (USA) | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 0977 | | | | |
| WELLS FARGO FINANCIAL NATIONAL BAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 8654 | | | | |
| SANTANDER CONSUMER USA | 13,314.59 | 13,314.59 | 1,347.11 | 14,661.70 |
| 　　Acct: 3740 | | | | |
| | | | | 73,539.59 |
| **Priority** | | | | |
| BRYAN P KEENAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| JEFFREY ALAN ENGLISH | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| PETER J CAROFF ESQ++ | 2,463.71 | 2,463.71 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| PETER J CAROFF ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 216.70 | 216.70 | 0.00 | 216.70 |
|     Acct: 3181 | | | | |
| RONDA J WINNECOUR PA ID #30399** | 6,185.17 | 6,185.17 | 0.00 | 6,185.17 |
|     Acct: $/OE | | | | |
| | | | | 6,401.87 |
| **Unsecured** | | | | |
| PA DEPARTMENT OF REVENUE* | 13.39 | 13.39 | 0.00 | 13.39 |
|     Acct: 3181 | | | | |
| WELLS FARGO FINANCIAL NATIONAL BAN | 74.29 | 47.87 | 0.00 | 47.87 |
|     Acct: 8654 | | | | |
| GLHEC & AFFILIATES: GLHEGC NELA USA | 37,529.63 | 24,185.22 | 0.00 | 24,185.22 |
|     Acct: 3181 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| NAVIENT CFC | 11,918.19 | 7,680.44 | 0.00 | 7,680.44 |
|     Acct: 3181 | | | | |
| NAVIENT CFC | 1,802.85 | 1,161.81 | 0.00 | 1,161.81 |
|     Acct: 3191 | | | | |
| NAVIENT CFC | 11,109.10 | 7,159.04 | 0.00 | 7,159.04 |
|     Acct: 3181 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,340.42 | 863.81 | 0.00 | 863.81 |
|     Acct: 4129 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 761.59 | 490.79 | 0.00 | 490.79 |
|     Acct: 0083 | | | | |
| UNITED STUDENT AID FUNDS INC (USAF) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3181 | | | | |
| KUBOTA CREDIT CORP (USA) | 13,865.05 | 8,935.05 | 0.00 | 8,935.05 |
|     Acct: 0977 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3625 | | | | |
| ROBERTSON ANSCHUTZ & SCHNEID PL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| ECKERT SEAMANS ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 50,537.42 |

TOTAL PAID TO CREDITORS                                                                                           130,478.88

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 6,401.87 |
| SECURED | 72,192.48 |
| UNSECURED | 78.414.51 |

Date: 11/07/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com